UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASHLEE AMBER WILLIAMS**                                                                 **PLAINTIFF**

vs.                                              Case No. 4:23cv-812-JM

**CHASE, ET AL. (SIC)**
**BANK OF LITTLE ROCK**
**MORTGAGE CORP., FANNIE MAE, and**
**WILSON & ASSOCIATES, P.L.L.C.**                                                          **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered this day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th date of February, 2025.

_____
HONORABLE JAMES M. MOODY JR

1